UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS VARGAS,

                Petitioner,

      -against-

WARDEN, F.C.I. OTISVILLE,

                Respondent.

**ORDER**

23-cv-9348 (ER)

RAMOS, D.J.:

    On October 20, 2023, Jesus Vargas filed a pro se petition under 28 U.S.C. § 2241.  Doc. 1.  The Court issued an order to answer on January 10, 2024.  Doc. 4.  In that order, the Court directed the government to respond to the petition within sixty days and stated that Vargas could file a reply within thirty days of receiving the government's response.  *Id.*  The government filed its brief responding to the petition on March 22, 2024.  Doc. 9.  Vargas has not filed a reply.

    The Court will extend Vargas's deadline to reply to the government's brief to October 7, 2024.  If Vargas does not file a reply by that date, the Court will consider the petition fully briefed.

    The Clerk of Court is respectfully directed to mail a copy of this order to Vargas.

SO ORDERED.

Dated:  September 6, 2024
           New York, New York

                                            EDGARDO RAMOS
                                           United States District Judge