UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS VARGAS,

Petitioner,

*– against –*

WARDEN, F.C.I., OTISVILLE,

Respondent.

**ORDER**

No. 23-CV-9348 (ER)

RAMOS, D.J.:

On October 20, 2023, Jesus Vargas filed a pro se petition under 28 U.S.C. § 2241. Doc 1. The Government filed its brief responding to the petition on March 22, 2024. Doc 9. Vargas has not filed a reply, and pursuant to the Court's order on September 6, 2024, the Court considers the petition fully briefed. The Government is directed to file a letter by September 28, 2026 apprising the court of Mr. Vargas' status, including whether his order of removal has been executed.

It is SO ORDERED.

Dated: September 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.